IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER FISCHER,<br><br>      Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security;<br><br>      Defendant. | 8:24CV285<br><br><br><br><br>JUDGMENT |

  Pursuant to the Order entered on today's date, the decision of the Commissioner in this case is reversed and this case is remanded to the Commissioner pursuant to sentence four of [42 U.S.C. § 405(g)](#).

  Dated this 8th day of November, 2024.

                       BY THE COURT:

                       *Susan M. Bazis*
                       Susan M. Bazis
                       United States District Judge