## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HEATHER FISCHER,** | |
| **Plaintiff,** | **8:24CV285** |
| **vs.** | |
| **MICHELLE KING, Commissioner of the Social Security Administration,** | **ORDER** |
| **Defendant.** | |

 

**IT IS ORDERED** that the motion for substitution of counsel (Filing No. 27) is granted and Timothy R. Hook is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Timothy R. Hook in this case.

**IT IS FURTHER ORDERED** that in accordance with Filing No. 27, Leland Dudek, Acting Commissioner of the Social Security Administration, is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d).

The Clerk shall modify the docket to reflect this substitution.

Dated this 7th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge