IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER FISCHER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security;<br><br>　　　　　　　Defendant. | 8:24CV285<br><br><br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum and Order entered on today's date, judgment is entered in favor of Plaintiff and against Defendant for attorneys fees in the amount of $3,551.87.

　　　Dated this 23rd day of April, 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge